1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. CV A 10-5541
12 |           Plaintiff,             |
13 |        vs.                       | CONSENT JUDGMENT
14 | Allyn Vanalstyne, aka Allyn      |
15 | D. Van Alstyne,                  |
16 |           Defendant              |

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Allyn Vanalstyne, aka
20 Allyn D. Van Alstyne, in the principal amount of $10,852.04
21 plus interest accrued to July 20, 2010, in the sum of
22 $6,976.20; with interest accruing thereafter at daily rate
23 of $1.51 until entry of judgment, administration costs in
24 the amount of $0.00, for a total amount of **$17,828.24**.

25

26 DATED:    9/2/2010            By:    TERRY NAFISI
27                                     Clerk of the Court
                                       L. RAYFORD
28
                                       Deputy Clerk
                                       United States District Court

Page 5